03-14-2005  04:46PM  FROM-GRAY ROBINSON PA          863-683-7462        T-657  P.007/009  F-805

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

8:05-CV-637-T24 TBM

| | |
|---|---|
| JAMIE ANN NAUGHRIGHT, | CASE NO. 53-2005-CA-0277-LK |
| Plaintiff, | |
| vs. | |
| PEYTON MANNING, | |
| Defendant. | |

FILED 2005 MAR 10 A 10 09 CIRCUIT COURT CIVIL DEPT. POLK COUNTY CLERK

## AMENDED COMPLAINT
(Before the Filing of a Responsive Pleading)

Plaintiff, JAMIE ANN NAUGHRIGHT, by and through her undersigned counsel, hereby files this her action against Defendant, PEYTON MANNING, and as reason therefor states:

1. This is an action for enforcement of a Settlement Agreement reached between the parties which involves amounts in controversy in excess of $15,000.

2. Jurisdiction of this action is vested in this Court because the Settlement Agreement sought to be enforced was reached in an action entitled Jamie Ann Naughright vs. Peyton Manning, Case No. 2002CA-2228, in the Circuit Court in and for Polk County, Florida.

3. At all times material to that action, the parties were subject to the jurisdiction of this Court for the purpose of venue and for the purpose of rendering an *in personam* judgment.

Page 1

Exhibit "A"

'03-14-2005  04:47PM  FROM-GRAY ROBINSON PA            863-683-7462        T-657  P.008/009  F-805

4. A Settlement Agreement was reached between the parties regarding the above-mentioned action on or about December 2, 2003.

5. Defendant, PEYTON MANNING, has breached the Settlement Agreement subsequent to its date at a specific time and place which is unknown to Plaintiff, but was at a time when the agreement between the parties was in full force and effect.

6. Based upon best information and belief, Plaintiff asserts that during May, 2004, Defendant, PEYTON MANNING, made statements to representatives of, or independent contractors working pursuant to contract with, ESPN News Network which subsequently aired by ESPN News Network on or about December 30, 2004, on national network television nationally in a documentary entitled "ESPN Classic Sports Century: Peyton Manning," which violated the agreement between the parties.

7. Statements that were made in derogation of the agreement between the parties were either made directly by MANNING, authorized by him, condoned by him, and were presented in a setting in which he fully cooperated.

8. As a result of the violation of the agreement between the parties, JAMIE ANN NAUGHRIGHT requests the following remedies be considered by the Court:

    A.    Damages pursuant to the agreement;

    B.    Any additional sanctions, monetary or otherwise, deemed appropriate by the Court;

    C.    An Order releasing Plaintiff, JAMIE ANN NAUGHRIGHT, from certain terms of the Mediation Settlement Agreement as a result of Defendant's

03-14-2005  04:47PM  FROM-GRAY ROBINSON PA           863-683-7462         T-657  P.009/009  F-805

breach, as deemed appropriate by the Court;

D. Reasonable attorney's fees for bringing this Motion;

E. An Order from the Court sealing the Mediation Settlement Agreement, once filed; and

F. Such other or further relief as the Court seems just and proper.

### DEMAND FOR JURY TRIAL

Demand for trial by jury is hereby demanded on all issues so triable.

WHEREFORE, Plaintiff, JAMIE ANN NAUGHRIGHT, requests this Court to take jurisdiction of the agreement between the parties, and enter such Orders as are necessary and proper in this action, including assessment of damages, costs, interest, and attorney's fees.

MARTIN LAW OFFICE

By _____
MICHAEL D. MARTIN
Florida Bar No. 108530
Post Office Box 367
Lakeland, FL 33802-0367
Attorney for Plaintiff
863/686-6700
FAX: 863/687-2364
E-MAIL: mike@martinpa.com

Page 3

Exhibit "A"