**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JAMIE ANN NAUGHRIGHT,

    Plaintiff,

v.     Case No. 8:05-cv-637-T-24 TBM

PEYTON MANNING,

    Defendant.

_____/

**ORDER**

This cause comes before the Court on Defendant's Motion to Seal. (Doc. No. 6). Plaintiff opposes the motion. (Doc. No. 11).

The Court previously ruled on part of this motion, and it deferred ruling on the remaining portion of the motion until it was able to review the motion for summary judgment. (Doc. No. 12, 14). The portion of the motion that remains consists of Defendant's request that the Court direct the parties that all documents filed by either party relating to or opposing Defendant's motion for summary judgment be filed under seal. Upon consideration, the Court finds that the motion should be granted. As such, Defendant's motion for summary judgment and all documents filed by either party relating to or opposing the motion for summary judgment shall be filed under seal. Therefore, in responding to Defendant's motion for summary judgment, Plaintiff must submit her response and all documents in support thereof in paper format along with a copy of this Order.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of May, 2005.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record